# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-1166EM

_____

| | | |
|---|---|---|
| Charles Pointer, | * | |
| | * | |
| Appellant, | * | On Appeal from the United |
| | * | States District Court |
| v. | * | for the Eastern District |
| | * | of Missouri. |
| | * | |
| St. Louis County Special | * | [Not To Be Published] |
| School District, | * | |
| | * | |
| Appellee. | * | |

_____

Submitted: June 17, 2002

Filed: June 27, 2002

_____

Before WOLLMAN, RICHARD S. ARNOLD, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Charles Pointer brought this action for race discrimination under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq. He alleged that he was terminated from his position as a substitute teacher on account of his race. The defendant, the Special School District of St. Louis County, moved for summary

judgment.  The District Court granted this motion.[1]  The Court determined that Mr. Pointer failed to establish a prima facie case of race discrimination.  The Court stated further that even if Mr. Pointer had presented sufficient evidence to support a prima facie case of racial discrimination, he had failed to create a genuine issue of material fact with regard to pretext under the burden-shifting framework set forth in <u>McDonnell Douglas v. Green</u>, 411 U.S. 792 (1973).  Because the District Court provided a thorough analysis of the claim alleged and the facts presented, an extended discussion is not necessary.  We agree and affirm the District Court's decision.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Hon. E. Richard Webber, United States District Judge for the Eastern District of Missouri.